United States Department of Agriculture, Food and Rural Affairs Let's hear it from the other side. May it please the Court, this is Sustance Chess for the United States. The opponent in this case has not identified any reversible error in the Toronto Court's opinion. It also has not identified any violation of law, of statute. I think that there's some ambiguity in the definition of procurement. We certainly haven't at this point issued a clear definition. The statute doesn't define it. A different statute defines it. What if the definition is the acquisition of goods or services? How does the government argue then that the acquisition of research services is not an acquisition of goods or services? Because through the SBIR program, the government acquires nothing. The government funds concepts or ideas pursuant to a statute that specifically provides for the development of... The government acquires nothing, but the government is choosing and targeting sort of which areas of research they would like to have developed. And correct me if I'm wrong, doesn't the government get a royalty-free license to anything that is developed as a result of this funding? Not necessarily. There's an option, but it is not an automatic royalty or license or any sharing. They acquire rights. They acquire research in areas in which they're obviously interested. And at least looking at this Phase 1 contract that Mr. Welch developed, it says award contract. It doesn't really, on its face, look like an approval of a research proposal. The approval of the research proposal is in a separate document. The document that Mr. Welch refers as a contract in the... But that doesn't help you. In fact, if they award the contract, there we are, straight into the contract structure. What is awarded is not a contract. What the agreement summarizes is how the funds are to be spent. The funds are to be spent in the research of the concept that the contract is. You're saying they call it a contract, but it's not a contract. I'm sorry? They call it a contract. It says contract. They call it an award at the top. Award slash contract. It is an award of discretionary funds to develop a concept, but it is not... It's designed by a contracting officer. It's got all the things of a contractor. They call a contractor, not a researcher, to do. It's got all the trappings of a contractor. We agree that some of the terminology used in the SBIR program is analogous to the terminology used under the FAR for a traditional competitive procurement. We need to look beyond that because the SBIR program is mentioned nowhere in the FAR. It is not a FAR-driven award program. It is driven by the SBIR Implementing Statute, which is found at 15 U.S.C. 638. If we look at the purpose of that statute, it is to provide assistance to small businesses for them to prosper, if possible, with assistance from the government. By doing research in areas of interest to the government? By developing concepts, yes. Research concepts. That may or may not lead to a product. The government expects nothing in return other than the funds be expended in the manner for which they are intended. Are you suggesting that no acquisition of research services could ever qualify as a procurement? No. The government contracts through procurements under the FAR for research and development all the time. The problem is that the SBIR program is not part of that procurement under the FAR. It's not specifically mentioned, but why isn't it? If the SBIR program is research services and the acquisition of research services, why does it really matter that it isn't specifically mentioned in the FAR? Because it's not a competitive procurement. It is outside the scope of- Well, it certainly seems competitive. I mean, there's how many proposals? In the context of this case, there was only one submission of a concept idea under the topic that this appellant submitted his idea. There was no competition. Everyone else had a different idea? Under different topics. There were various topics. This was the only proposal- Ms. Sanchez, let me ask you, what you've been discussing, what you were discussing with Judge Newman and what Mr. Welch pointed out, which I guess is at 228 of the appendix, this is the phase one document, correct? That is the phase one document that dictated how or that memorialized how the funds awarded during phase one were to be spent. Now, I realize that the issue here is R&D is complaining about not getting the phase two arrangement, correct? Yes. Do we have the form of the phase two document in here? None exists, Your Honor, because there's no solicitation for phase two. It is by invitation only. And unless there is an award of funds, of research funds, for the phase two project, there would be no- Okay, fair enough. If there had been a phase two award, would the document have been basically similar in terms of its general form to what we have for 228? My understanding is that there would have been some sort of agreement memorializing how the funds were to be spent, whether it's identical to the one for phase one, I do not know. Well, let me ask you this other question. The phase one document, as Judge Newman pointed out, is capturing the award or contract. And Mr. Welch argued that this was a procurement of research services. Do you agree that's his argument? Yes. And the Contract Disputes Act covers contracts for goods, services, or construction. Do you agree so far? Yes. Okay. My next question is this. Is this phase one document, and I'll use the word document to keep it neutral, but is this phase one document covered by the Contract Disputes Act? In other words, is there a contracting officer on it? Do you get claims to get it under? In other words, does the Contract Disputes Act cover the phase one arrangement that R&D has? I don't know that I've ever seen an opinion on that issue. I don't know that we have any legal guidance on that from the GAO or from the court of claims for this court. I don't know that it's been tested, so I don't know. But if the question- Is there any regulation that says it's covered by the Contract Disputes Act? Versus it's not covered? That's really the question because on its face it's signed by the contracting officer. There is a contracting officer. I mean, I guess if the question is that, you know, whether if R&D Dynamics had used the funds awarded for the development of the ceiling for a luxury home somewhere instead of developing the idea that the government thought it was funding, whether the government had any recourse in the court of law. If they didn't perform, then that's a different issue, isn't it? Yes. I think it's- One of the things I noticed is the government talks in general about the SBIR as though Phase I, Phase II, and Phase III, for the purposes of the analysis that we're doing today, would all necessarily be subject to the same outcome, meaning it seems as though the government is saying Phase I, not a procurement, Phase II, not a procurement, Phase III, not a procurement. Is that the government's position? Because I understood Judge Hewitt to sort of distinguish between Phase III, because, you know, they had one previous case that actually involved Phase III, and Phase II, and come to the conclusion that at least what was going on with regard to Phase II itself was too developmental in nature to amount to a contract for goods or services. What is the exact position of the government vis-a-vis the different phases? I think this court has answered that question in the Night Vision Court already, where there was a ruling that there's no entitlement to funding for a Phase III SBIR. Well, no entitlement to funding is different from no jurisdiction because it's not procurement. But it's the same concept. I do believe that the- It seems to me Night Vision is on the merits, and this is a question of jurisdiction. Is it a procurement or not? Is it an acquisition for goods or services? It is not an acquisition for goods or services as required by the Temporary Act to mess this court with jurisdiction. It's not? What's not? The entire SBIR program, meaning- The entire SBIR- So the government's position is even if this had been a Phase III award, maybe I need a little help understanding the differences. I understand Phase I to be sort of more general. Go do research. The amount of money the Army gives is smaller, and what they have to say they're doing with it seems to be less specific. When you get to Phase II, it seems to be the notion behind it is, and now we want you to take your idea and bring it to, if possible, a prototype. And then Phase III is, now, if you don't already have a project, you've got to go to one of those, and let's make this a commercially marketable, usable product. Is that- I realize that's a really generalization, but is that pretty close to what it is? That pretty much summarizes what the SBIR program is, but there is no- The level of discretion on the Army is so high that there is no- How does that have to do with whether it's a procurement? The fact that the level of the discretion is really high doesn't answer the question of whether it's an acquisition or upgrades or services. Because it's an invitation to apply for funding. The government always has discretion, right? They put out an RFP, and they can choose, based on what they get back, not to fund anything, not to actually award any contract at all. So there's always discretion. But in the context of the SBIR program, we need to look to the implementing statute and the purpose of the statute. The statute specifically says that the purpose is to provide discretionary funds to businesses, to small businesses, to develop the small businesses and their ability to compete in the economy, not to procure- And I have no doubt part of it is. But it also says to use small business to meet federal research and development needs. That's not quite as utilitarian. It's more utilitarian, but focused, at least. Well, that is where the government discretion comes in. An individual or a company can have a great idea, and the government would have no need for that idea, even if the proposal were excellent. So that is where the discretion- It doesn't at all go to the merits of the government's decision to fund, not the question of jurisdiction. I felt like the government brief just didn't address this point. There's a difference between the merits and the jurisdiction. No, and I understand that. I understand the terminology used by the government in the entire SBIR program can be misleading because it compares it to a- it's analogous to a FAR-driven procurement. But I do think that if we focus on what the purpose of the program is, and we focus on the implementing statute, and also the wording in the source selection plan, that it is clear that the government has stated to prospective applicants for funds that they're not procuring goods or services. Do you agree that Judge Hewitt- I guess I don't see her as having adopted the government's position that it's making now a real argument, which is SBIR is entirely off the market for- as far as procurement goes. I really took away from her opinion the distinction between Phase 2 in this case and possibly Phase 1 or Phase 3 elsewhere, that she was not speaking necessarily to Phase 3, for example, but at least the Phase 2 was too developmental in nature and therefore not a procurement assistance. The government doesn't fund the Phase 3 component of the SBIR program. The government simply- it's a requirement that the funding be from a private industry partner. So there is no- I didn't realize that. Yes, so there would be no basis for a Phase 3 big protest. Not that I'm aware of, yeah. At least under the statute. But let's just say that that's not that remote, that this contractor did have a higher rating than others who were nonetheless included in the 19. Your position is that that's irrelevant. It just doesn't matter. It's totally a discussion. I suppose this contractor was rated 100 and the several grants were issued in the 80s. If the technical evaluation team gave it a perfect score and then the technical area chief, through its own independent evaluation, because it wasn't a lowering of the score, it was an independent evaluation where the technical area chief came up with a lower score based on the needs of the Army and the interests of the Army in the project. You're saying there is a requirement of need, but if the technical evaluation was perfect, they said we really don't need these foils. That is correct, yes. But then would it still have a perfect evaluation? It wouldn't have a perfect evaluation in the discretionary component for the banding into the different funding areas, because it would be scored lower, as happened in this case. So you're saying that there is a need component in the total evaluation? There is always a need component in the Phase 1, Phase 2 SBIR program, yes. And if in fact, just to complete, make sure I understand, so there is a need component, and if in fact, because we are told that one of the 19 did have a lower overall total score than this petition? That is correct, and the technical area chief, in his own independent evaluation, determined that the government's need in that area of research was higher, so it received a higher score. That is the discretionary nature of the program. And as a matter of jurisdiction, no one can complain if overall others with lower total scores receive the award? We believe that that is the case, because there has been no allegation of a violation of a regulation or a statute or any policy or procedure or process. I'm talking about jurisdiction, the right to complain, not whether your complaint will succeed. That is true, but the complaint can't just be, I wanted funding, give me funding, and that is basically the essence of the complaint in this case. The complaint is, I believe my idea is excellent. I disagree with the Army's assessment that it's not as great. I think that the Army was wrong in its assessment. I think the Army needs this. Well, the Army said that it didn't. The routine bid protests, those are exactly the issues that are considered, and jurisdiction is not a question. Well, in the bid protests that I've handled personally, there's always been an allegation of at least a violation of statute, regulation, or an arbitrary or capricious action. Yes, I'm a little bit bewildered. This seems to be a totally new argument right now, because the statute clearly calls for any alleged violation of statute or regulation in connection with objecting to a solicitation by a federal agency for bids or proposals for a proposed contract or to a proposed award. Oh, I'm sorry. I'm reading from 1491b1, and so it does seem that a component of jurisdiction has to do with an alleged violation of statute or regulation in connection with procurement, and I guess I don't appreciate that that's what the lower court decided it on, and I don't feel that that's really what was conveyed in the government briefs. We're already into the negative time, so I'm just wondering, while you may not at all be wrong, it's a little bit late, or is it? Maybe it was raised somewhere, addressed somewhere, and I just missed it. A violation of law or statute? Right, a statute or regulation. There has been no violation. I'm just wondering, has the government argued that jurisdiction is deficient because of the absence of a violation of statute or regulation? I believe that I did in our brief, in the response brief. I just have one quick question. The people who prevailed and the 19 people who were selected for phase two after phase one, they got a grant of money, correct? And what they had to do with that money was come up with a prototype, right? Not necessarily the prototype. You mean for phase two? For phase two, yes. Yes, to a certain degree, they had to come up with some sort of product, some sort of workable prototype on their concepts. Okay. What if at the end of phase two, one of the phase one awardees, one of the 19, did not present anything to the government? In other words, just, you know, it got whatever amount of money it got, say it was $100,000. And at the end of the period, it presented nothing. It didn't present a report. It didn't present a prototype. It didn't do anything. What would happen then? What would the government's options be? The government would be entitled to inquire as to why there's no response. There's a monitoring component that goes along with the award funds. So, at some point, if there's... Oh, I see. During phase two, a phase two awardee is sort of, there's someone who's kind of checking and seeing what's going on with the production of the prototype or the report or whatever has to be produced. Yes. I mean, that is correct. There are times that the concept goes nowhere and it fizzles in the middle. And that's just part of the, you know, part of the process. Are there any regulations which set forth the procedures and the way these things operate? In other words, I know there's been reference to the federal acquisition regulations, but are there any particular acquisitive regulations which govern this process, phase one, phase two? Beyond the source, beyond the documents in the appendix and the implementing statute for the SBI requirement, I'm not aware of any regulations that govern the disbursement of the funds. Thank you, Ms. Sanchez. I'm not exactly sure. I intended to reserve. I'm not sure if I did or not. Well, we're going to hear what you have to say. Just a couple of minutes, if I could. I just wanted to address a couple of questions I actually did just to take. If a contractor doesn't perform under phase one or phase two, the government has a right under the contract. But phase two is not as clear because we don't have a phase two contract. But certainly phase one is very clear. If you look at appendix 244, you'll see it's a long list of bar clauses incorporated by reference, one of which, to address your question, is the standard default clause. So the contractor doesn't perform. The contractor also terminates them for default. To address Judge Newman's question about whether this is governed by the Contract Disputes Act, you look at the same page, 244, next to the last bar clause incorporated by reference is the Disputes Clause. And the Disputes Clause, if I recall correctly, has a specific reference to the Contract Disputes Act. So I think it's very clear. Again, this is a phase one contract. We don't have a phase two contract. I'm sorry, I missed that. What is the specific reference to the CDI? I hope my memory is correct, but I believe it is. The Disputes Clause is referenced at the bottom of 244. The Disputes Clause, which is 52.233-1. If there's no specific reference to the Act, then its terms are at least defined by the Act. Is there anything, Mr. Walsh, in the record that would indicate whether in form a phase two document, and I'm using the term document so I don't side with either you or Ms. Sanchez on this issue. I understand. That a phase two document would be similar to a phase one document? The only thing, and this actually addresses the point that Ms. Sanchez raised, which was there's no solicitation for a phase two here, which is not true. And I think in response to your question, Your Honor, we've seen the form of a phase one contract. Yeah, we have that. Right, we have that in our – and the solicitation for phase one and phase two are in the same document, which is the document that begins with phase 64. If you look at the table of contents on 65, you'll see that the description for the procedures for proposals and awards are very, very similar for phase one and phase two. Ms. Sanchez is correct. You can't go to phase two unless you're invited, but the procedures for applying for and being evaluated on and receiving an award contract are in this solicitation. So you're suggesting that if R&D had been a phase two party, its phase two document would have been similar to the one that we have in the record for phase one. Exactly. And, again, if you look at page – I believe it's page two – if you look at – in the solicitation, it gives you – in the SBIR solicitation, there's a long list – I think it's in the contracting sections – there's a long list. Yeah, here it is, page 84, excuse me. 84? 84. This is in the SBIR solicitation. Contractor commitments. It begins on the bottom of page three, section 5-11. It says, upon award of a contract, a contractor will be required to make certain legal commitments, i.e. contracts, through the acceptance of government contract clauses. And then there's a long list, A through P. Again, the standard terminology of FAR clauses. And even though it mentions only phase one here, it's certainly reasonable to expect that these same commitments would apply to phase two as well. The solicitation is not crystal clear on this, but I think read together, I think it is very clear. Thank you for the extra additional time. Any more questions? Sir, any more questions? Okay. Thank you, Mr. Bush and Ms. Sanchez. Thank you. Thank you, everybody. Thank you.